UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO. 4:19cr641 |
| | § | |
| V. | § | |
| | § | |
| NATASHA HUDGEONS | § | |

United States Courts
Southern District of Texas
FILED

SEP 04 2019

**CRIMINAL INFORMATION**

David J. Bradley, Clerk of Court

The United States Attorney charges:

<u>COUNT ONE</u>
**Embezzlement from a Federally Insured Financial Institution**
**(18 U.S.C. § 656)**

From in or about December 2014, and continuing through in or about March 2019, in the Houston Division of the Southern District of Texas and elsewhere, the defendant,

**NATASHA HUDGEONS,**

being an employee of Wells Fargo Bank, N.A., the deposits of which were then insured by the Federal Deposit Insurance Corporation, with the intent to defraud Wells Fargo Bank, N.A, did knowingly embezzle, abstract, purloin, and willfully misapply funds entrusted to the care of Wells Fargo Bank, N.A, with a value in excess of $1,000, to wit, the sum of approximately $63,500 in United States funds.

In violation of Title 18, United States Code, Section 656.

## NOTICE OF CRIMINAL FORFEITURE
### 18 U.S.C. § 982(a)(2)(A)

Pursuant to Title 18, United States Code, Section 982(a)(2)(A), the United States gives notice to defendant **NATASHA HUDGEONS** that in the event of conviction of the offense charged in this Criminal Information, the United States intends to seek forfeiture of any property constituting or derived from proceeds obtained, directly or indirectly, as the result of such offense.

### Money Judgment and Substitute Assets

The United States gives notice that it will seek a money judgment against defendant. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exist, the United States will seek to forfeit any other property of the defendant up to the amount of the money judgment.

RYAN K. PATRICK
United States Attorney

By: *Belinda Beek*
Belinda Beek
Assistant United States Attorney