IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO.  H-19-641 |
| | § | |
| NATASHA HUDGEONS | § | |

### PROFFER OF AGREED FACTS

COMES NOW, the United States of America, and respectfully submits this agreed statement of facts in support of defendant's guilty plea.

The United States and defendant agree that:

From in or about December 2014, the exact date being unknown to the Grand Jury, and continuing through in or about March 2019, in the Southern District of Texas and elsewhere the defendant, **NATASHA HUDGEONS**, who was employed as a teller by Wells Fargo Bank, N.A., ("Wells Fargo"), the deposits of which were then insured by the Federal Deposit Insurance Corporation, with the intent to defraud Wells Fargo, did knowingly embezzle, abstract, purloin, and willfully misapply funds entrusted to the care of Wells Fargo, with a value in excess of $1,000.

Without the knowledge or effective consent of Wells Fargo, **HUDGEONS** stole $63,5000 from her cash box at Wells Fargo by taking $500 to $1,000 per week.  She concealed the theft by putting falsified entries into Wells Fargo's books

and records by "selling" back and forth between the cashbox cash line and a coin machine cash line, both of which were single control cash lines. "Single control" means that tellers can conduct transactions on that account line without a second person.

In violation of Title 18, United States Code, Section 656.

> Respectfully submitted,
>
> RYAN K. PATRICK
> United States Attorney
>
> By:   /s/Belinda Beek
>         Belinda Beek
>         Assistant United States Attorney
>         (713) 567-9721

## CERTIFICATE OF CONFERENCE

I, Belinda Beek, state that I conferred with Amr Ahmed, defendant's counsel, and Mr. Ahmed agreed to the statement of facts filed in this cause as "Proffer of Agreed Facts."

/s/ Belinda Beek
Belinda Beek
Assistant United States Attorney
